DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Ramon Gallardo, ) | |
| ) | CASE NO.   1:05CV1260 |
| Petitioner, ) | 1:02CR408 |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner Ramon Gallardo's Petition to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is DENIED and that this case is CLOSED.

IT IS SO ORDERED.

| | |
|---|---|
| August 2, 2005 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |